# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT VITO COMITO,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

    Defendants

2:13-cv-01048-JAD-VCF

**Order**

Robert Vito Comito, a federal prisoner serving a sentence on a Nevada federal conviction and facing state charges in Nevada, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court in the Central District of California.  Doc. 1.  The petition was transferred to this Court pursuant to *Braden v. 30th Judicial Circuit Court of Kentucky,* 410 U.S. 484 (1973).  Doc. 4.

It appears that petitioner has not paid the required filing fee.  Therefore, petitioner will be required to pay the fee, supply proof that he has already paid the fee, or apply for *in forma pauperis* status.  Thereafter, the petition shall be served upon respondents.

**IT IS THEREFORE ORDERED** that the Clerk shall send petitioner the form and instructions for *in forma pauperis* status in a habeas action.  Petitioner shall have thirty days from entry of this order to either pay the $5 filing fee, provide proof that the fee has been

paid, or submit his application to proceed *in forma pauperis*. Failure to timely comply with this directive may result in dismissal of this action.

Dated September 4, 2013.

                                                  _____
                                                Jennifer A. Dorsey
                                                UNITED STATES DISTRICT JUDGE